UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| MATTHEW ROACH, MELISSA LONGO, GARRETT TITCHEN, and CHRISTINA APPLE,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>T.L. CANNON CORP., et al.,<br><br>                      *Defendants*. | NOTICE OF MOTION<br><br>Civil Action No.<br>3:10-cv-00591-TJM-DEP |
| ASHLEY HICKS *et al.*,<br><br>                      *Plaintiffs*,<br><br>v.<br><br>T.L. CANNON CORP. *et al.*,<br><br>                      *Defendants* | Civil Action No.<br>3:18-cv-01177 |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs in both matters. |
| **RELIEF REQUESTED:** | An Order consolidating cases for purposes of settlement. |
| **BASIS FOR RELIEF REQUESTED:** | Fed.R.Civ.P. 42(a); Court's inherent power. |
| **SUPPORTING PAPERS:** | Memorandum of Law; Declaration of Michael J. Lingle. |
| **DATE AND TIME:** | November 23, 2018 at 10:00 a.m. |
| **PLACE:** | United States District Court<br>Binghamton Courthouse<br>15 Henry St.<br>Binghamton, NY 13901 |

| | |
|---|---|
| **REPLY PAPERS:** | While likely unnecessary, pursuant to Local Rule 7.1(b), plaintiffs preserve their ability to file and serve reply papers. |
| **ORAL ARGUMENT:** | To the extent it is beneficial to the Court, plaintiffs request oral argument. |

Dated:	October 5, 2018

**THOMAS & SOLOMON LLP**

By: /s/ Michael J. Lingle
    J. Nelson Thomas, Esq.
    Michael J. Lingle, Esq.
    Jessica L. Lukasiewicz, Esq.
    *Attorneys for Plaintiffs*
    693 East Avenue
    Rochester, New York 14607
    Telephone: (585) 272-0540
    nthomas@theemploymentattorneys.com
    mlingle@theemploymentattorneys.com
    jlukasiewicz@theemploymentattorneys.com